

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00083-CV

Perla Ines **GUTIERREZ**,
Appellant

v.

Ruben Oscar **GUTIERREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's January 6, 2020 Order, Findings and Award of Attorney Fees is AFFIRMED. We ORDER Marcel C. Notzon, III to pay the costs of this appeal.

SIGNED June 9, 2021.

_____
Beth Watkins, Justice